1 | Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2 | 4445 E. Holmes Avenue
Suite 107
3 | Mesa, AZ 85206-3398
Office: (480) 756-8822
4 | Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| **Patrick Sharkey,** | No. CV09-1245-PHX-DGC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **West Asset Management, Inc.,** | |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice that Plaintiff and Defendant have reached a settlement in this case, and will be filing a stipulation of dismissal shortly.

/ / /

/ / /

1

2    DATED   August 24, 2009  .

3

4                                    s/ Floyd W. Bybee
     Floyd W. Bybee, #012651
5    **BYBEE LAW CENTER, PLC**
     4445 E. Holmes Avenue
6    Suite 107
     Mesa, Arizona 85206-3398
7    Office: (480) 756-8822
     Fax: (480) 302-4186
8    floyd@bybeelaw.com

9                                    Attorney for Plaintiff

10                      **CERTIFICATE OF SERVICE**

11    The undersigned certifies that on   August 24, 2009  , a copy of this document was electronically transmitted
12   to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the
13   following CM/ECF registrants:

14        Randy L. Kingery, #022913
          James L. Blair, #016125
15        **RENAUD COOK DRURY**
            **MESAROS, PA**
16        One North Central Avenue
          Suite 900
17        Phoenix, AZ 85004-4417

18        Attorneys for Defendant

19
          Bryan C. Shartle
20        **SESSIONS FISHMAN NATHAN &**
            **ISRAEL LLP**
21        Lakeway Two
          6850 N. Causeway Blvd.
22        Suite 200

23        Attorneys for Defendant

24

25   by    s/ Floyd W. Bybee